ORDERED.

**Dated:  May 22, 2025**

_Catherine M°Ewen_
Catherine Peek McEwen
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

ADVANZEON SOLUTIONS, INC.,              Case No.: 8:20-bk-06764-CPM

       Debtor.                                     Chapter 7

_____/

Douglas N. Menchise, Chapter 7 Trustee,      Adv. Pro. No. 8:24-ap-00087-CPM

       Plaintiff,

v.

America's Agenda, Healthcare Education Fund,

       Defendant.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF
### FINAL DEFAULT JUDGMENT AGAINST AMERICA'S AGENDA

THIS MATTER came before the Court without a hearing upon the *Plaintiff's Motion for*

*Entry of Final Default Judgment against America's Agenda* [Doc. No. 10] (the "**Motion**") filed by

Plaintiff, Douglas N. Menchise, as Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of

1

33180085v1

Advanzeon Solutions, Inc., against Defendant, America's Agenda, Healthcare Education Fund ("**America's Agenda**").  No opposition to the Motion was filed.  Having reviewed the Motion and being otherwise fully advised in the premises, it is hereby

ORDERED and **ADJUDGED** as follows:

1.    The Motion is hereby **GRANTED**;

2.    This Court shall separately enter final default judgment in favor of the Trustee and against the Defendant as to Count I of the Trustee's *Complaint for Avoidance and Recovery of Post-Petition Transfers* (the "Complaint")

3.    This Court shall separately enter final default judgment in favor of the Trustee and against the Defendant as to Count II of the Complaint; and

4.    This Court retains such and other further jurisdiction as may be necessary over all parties to this adversary proceeding in order to address any further needed and available relief to effectuate the Motion.

### 

Steven M. Berman, Esq., is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.

2

33180085v1